1  LARY ALAN RAPPAPORT (SBN 087614)
   HAYES F. MICHEL (SBN 141841)
2  PROSKAUER ROSE LLP
   2049 Century Park East
3  32nd Floor
   Los Angeles, California 90067-3206
4  Telephone: (310) 557-2900
   Facsimile: (310) 557-2193
5      -and-
   BRENDAN J. O'ROURKE (admitted *pro hac vice*)
6  MARCELLA BALLARD (admitted *pro hac vice*)
   RANDI-LYNN SMALLHEER (admitted *pro hac vice*)
7  PROSKAUER ROSE LLP
   1585 Broadway
8  New York, New York 10036
   Telephone: (212) 969-3000
9  Facsimile: (212) 969-2900

10 Attorneys for Plaintiffs BOLLORÉ, S.A., NORTH ATLANTIC
   OPERATING COMPANY, INC. and NORTH
11 ATLANTIC TRADING COMPANY, INC.

12

13             **UNITED STATES DISTRICT COURT**
          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
14

15 BOLLORÉ, S.A., NORTH ATLANTIC          )  **Case No. CV 01-2766 FMC**
   OPERATING COMPANY, INC., and           )  **(MANx)**
16 NORTH                                  )
   ATLANTIC TRADING COMPANY, INC,         )  [PROPOSED] **ORDER**
17                                        )  **FINDING DEFENDANT**
                  Plaintiffs,             )  **J.T. SANIYA, INC. IN**
18                                        )  **CONTEMPT AND SETTING**
            v.                            )  **SCHEDULE FOR PLAINTIFFS**
19                                        )  **TO SUBMIT PROOF OF**
   A&A SMART SHOPPING, WALEED             )  **THEIR COMPENSATORY**
20 SAAB, BANAKI LTD., LLC, NABIL K.       )  **DAMAGES, ATTORNEY'S**
   NASARULLAH, DOWNEY                     )  **FEES AND COSTS**
21 WHOLESALE, INC., FIDEL EL              )
   SHAHAWI, J.T. SANIYA, INC.,            )  Date:  June 26, 2002
22 HUMBERTO R. GRAY, L.A.                 )
   INTERNATIONAL CORP., L.A. PRICE        )  Time:  3:00 p.m.
23 LEADERS, NEW RAINBOW, INC., DBA,       )
   PRICE MASTER, SHAUKAT ALI              )  Place: Courtroom 750
24 RAJANI, RIVERSIDE WHOLESALE,           )
   MAHAMAD ELBIALI, ABDELAZIZ-            )
25 ELSHIHWY, SELL FOR LESS, MIKHAEL       )
   L. KAMAR, AND DOES 1 through 20.       )
26                                        )
                  Defendants.             )
27 _____)
                                          )
28 AND CONSOLIDATED ACTION                )
   _____)

216

1      The June 13, 2002 Order to Show Cause why defendant J.T.Saniya, Inc.
2  should not be adjudged to be in contempt of this Court's held Pursuant to this
3  Court's Preliminary Injunction Order dated April 10, 2001 (the "Preliminary
4  Injunction") came on regularly for hearing at 3:00 p.m. on June 26, 2002 in
5  Courtroom 750 of the United States District Court, Central District of California
6  before the Honorable Florence Marie Cooper, United States District Judge
7  presiding.  Plaintiffs Bolloré, S.A., North Atlantic Operating Company, Inc. and
8  North Atlantic Trading Company, Inc. (collectively the "Bolloré plaintiffs")
9  appeared by and through their attorneys of record Proskauer Rose LLP and by
10  Marcella Ballard, Esq. and Lary Alan Rappaport, Esq.  No appearance was made by
11  defendant J.T.Saniya, Inc. or any other defendant, nor was there any opposition or
12  other response to the application or Order to Show Cause filed.  Upon consideration
13  of the declarations and other moving papers filed by the Bolloré plaintiffs, the Court
14  finds that: (i) defendant J.T.Saniya, Inc. was served with the Preliminary Injunction ,
15  the moving papers and the June 13, 2002 Order to Show Cause; and (ii) defendant
16  J.T.Saniya, Inc. willfully violated the Preliminary Injunction.  Based upon these
17  findings, and good cause appearing therefore,

18      IT IS HEREBY ORDERED THAT:

19      1.     Defendant J.T. Saniya, Inc. is adjudged to be in willful violation of the
20  Preliminary Injunction;

21      2.     Defendant J.T. Saniya, Inc. is adjudged to be in contempt of this Court;

22      3.     The Bolloré plaintiffs are entitled to recover from defendant J.T.
23  Saniya, Inc. the Bolloré plaintiffs' damages, attorney's fees and costs incurred as a
24  result of defendant J.T. Saniya, Inc.'s willful violation of the Preliminary Injunction
25  and contempt; and

26

27

28

1   4.  On or before July 8, 2002, the Bolloré plaintiffs shall file and serve

2 proof of the compensatory damages, attorney's fees and costs which the Bolloré

3 plaintiffs seek to have awarded against defendant J.T. Saniya, Inc. as sanctions for

4 defendant J.T. Saniya, Inc.'s willful violation of the Preliminary Injunction and

5 contempt.

6

7 DATED:  June 28 , 2002

8           HON. FLORENCE MARIE COOPER
            UNITED STATES DISTRICT JUDGE

9 Submitted By:

10 LARY ALAN RAPPAPORT
  PROSKAUER ROSE LLP

11

12

13 By: _____
    LARY ALAN RAPPAPORT

14   Attorneys for Plaintiffs **BOLLORÉ, S.A.,**
   **NORTH ATLANTIC OPERATING**

15   **COMPANY, INC. and NORTH**
   **ATLANTIC TRADING COMPANY, INC.**

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On June 27, 2002, I served the foregoing document described as:

[PROPOSED] ORDER FINDING DEFENDANT J.T.SANIYA, INC. IN CONTEMPT AND SETTING SCHEDULE FOR PLAINTIFFS TO SUBMIT PROOF OF THEIR COMPENSATORY DAMAGES, ATTORNEY'S FEES AND COSTS

☒   by placing ☐ the original ☒ true copies thereof enclosed in a sealed envelope addressed as follows:

See Attached Service List

☐   (By Fax) By transmitting a true and correct copy thereof via facsimile transmission.

☒   (By U.S. Mail) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   (By Personal Service)
     ☐   By personally delivering such envelope to the addressee.
     ☐   By causing such envelope to be delivered by messenger to the office of the addressee.

☐   (By Next-Day Delivery Service) By causing such envelope to be delivered to the office of the addressee by overnight delivery via FedEx or by other similar overnight delivery service.

☐   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 27, 2002, at Los Angeles, California.

| S. MICHIKO KONDO | _(signature)_ |
|---|---|
| Type or Print Name | Signature |

1

**SERVICE LIST**

2

Mitchell W. Roth, Esq.
Attorney At Law
1226 N. Kings Road, Unit 1
West Hollywood, California 90069

*Attorneys for L.A. International*

Matthew J. Geragos, Esq.
350 South Grand Avenue - 39th Floor
Los Angeles, California 90071

*Attorneys for Downey Wholesale*

Robert A. Mackey, Esq.
1901 Avenue of the Stars
Suite 1501
Los Angeles, CA 90067

*Attorneys for New Rainbow, Inc. d/b/a Price Master*

Joe Erlich, Esq.
601 California St., Suite 2000
San Francisco, CA 94108

*Attorneys for Sell for Less*

J.T. Saniya, Inc.
230 East Winston Shop 60
Los Angeles, CA 90013

Lisa M. Howard
Rosario Perry
Law Offices of Rosario Perry
Ocean Law Offices
312 Pico Boulevard
Santa Monica, CA 90405-1108

*Attorneys for Defendants M&A Tobacco and Saad Galal, House of Tobacco, Adhila Adtul*

Harold Gutenberg, Esq.
Greenberg & Bass
16000 Ventura Boulevard, Suite 1000
Encino, CA 91436-2730

*Attorneys for L.A. Top Distributor; Farhad Kohanim*

Donald E. Faubus, Esq.
Attorney At Law
22632 Golden Springs Drive - Suite 280
Diamond Bar, California 91765

*Attorneys for A&A Smart Shopping*

Robert Lowell, Esq.
707 Broadway - Suite 1700
San Diego, California 92101

*Attorneys for Banaki Ltd.*

Brian Corrigan, Esq.
201 N. Figueroa St., Suite 690
8450 Alondra Blvd.
Los Angeles, CA 90012

*Attorneys for Riverside Wholesale*

L.A. Price Leaders
328 East Third Street
Los Angeles, CA 90013

Robert F Helfing
Sedgwick, Detert, Moran & Arnold
801 S. Figueroa Street, 18th Floor
Los Angeles, CA 90017-5556

*Attorneys for Defendants Jihad Kassir, Ziad Kassir; Kassir Co., Inc.*

Stanton Lee Phillips, Esq.
Liner Yankelevitz Sunshine
  & Regenstreif, LLP
3130 Wilshire Boulevard, 2nd Floor
Santa Monica, CA 90403

*Attorneys for Buy-Rite Wholesale; Assad Dawud; David Dawud*

Barry G. Kaiman, Esq.
Lewis, D'Amato, Brisbois & Bisgaard
221 N. Figueroa St., Suite 1200
Los Angeles, CA 90012

*Attorneys for California Coast Wholesale;*
*Jewjwi Thair*

Andrew S. Cho, Esq.
1126 N. Brookhurst St., Suite 101
Anaheim, CA 92801

*Attorneys for Top World and*
*T.W. U.S.A. Co.*

Rosario Perry, Esq.
Law Offices of Rosario Perry
312 Pico Blvd.
Santa Monica, CA 90405-108

*Attorneys for Tobacco City*
*and Salah Fayad*

5489/05489-000
LAWORD/6597 V2