LARY ALAN RAPPAPORT (SBN 087614)
HAYES F. MICHEL (SBN 141841)
PROSKAUER ROSE LLP
2049 Century Park East
32nd Floor
Los Angeles, California 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
    -and-

MARCELLA BALLARD (admitted *pro hac vice*)
RANDI-LYNN SMALLHEER (admitted *pro hac vice*)
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

Attorneys for Plaintiffs BOLLORÉ, S.A., NORTH ATLANTIC OPERATING COMPANY, INC. and NORTH ATLANTIC TRADING COMPANY, INC.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOLLORÉ, S.A., NORTH ATLANTIC OPERATING COMPANY, INC., and NORTH ATLANTIC TRADING COMPANY, INC, <br><br> Plaintiffs, <br><br> v. <br><br> A&A SMART SHOPPING, WALEED SAAB, BANAKI LTD., LLC, NABIL K. NASARULLAH, DOWNEY WHOLESALE, INC., FIDEL EL SHAHAWI, J.T. SANIYA, INC., HUMBERTO R. GRAY, L.A. INTERNATIONAL CORP., L.A. PRICE LEADERS, NEW RAINBOW, INC., DBA, PRICE MASTER, SHAUKAT ALI RAJANI, RIVERSIDE WHOLESALE, MAHAMAD ELBIALI, ABDELAZIZ-ELSHIHWY, SELL FOR LESS, MIKHAEL L. KAMAR, AND DOES 1 through 20. <br><br> Defendants. <br> AND CONSOLIDATED ACTION | CV 01-2766 FMC (MANx) <br><br> **AGREED PERMANENT INJUNCTION** |

WHEREAS plaintiffs Bolloré, S.A., North Atlantic Operating Company, Inc., and North Atlantic Trading Company, Inc. (collectively, the "Bolloré Plaintiffs") commenced the above-captioned action (the "Action") and moved *ex parte* against various defendants, including J.T. Saniya, Inc. ("J.T. Saniya"), under Federal Rule of Civil Procedure 65, the Lanham Act, 15 U.S.C. § 1051, et seq., and the laws of the State of California, for the reason that J.T. Saniya appeared to the Bolloré Plaintiffs to be distributing, promoting, offering to sell, and/or selling cigarette paper products bearing the Bolloré Plaintiffs' registered Zig-Zag® and Smoking Man Design® trademarks (collectively, the "Zig-Zag® Trademarks") without the Bolloré Plaintiffs' authorization, and for the reason that J.T. Saniya appeared to the Bolloré Plaintiffs to be distributing, offering for sale, and/or selling products bearing counterfeits of the Zig-Zag® Trademarks;

WHEREAS, on March 27, 2001, this Court entered *ex parte* a Temporary Restraining Order, Order for Writ of Seizure, Order Expediting Discovery, Order Sealing the File, Order Setting Bond and Order Setting Preliminary Injunction Hearing;

WHEREAS, on April 3, 2001, pursuant to this Court's *ex parte* Order for Writ of Seizure, the U.S. Marshal's Service, accompanied by the Bolloré Plaintiffs' attorneys, seized materials alleged to be infringing, and equipment and documents related thereto, at the locations indicated in the Order;

WHEREAS, a preliminary injunction hearing was held on April 10, 2001, at which time this Court issued a Preliminary Injunction Order governing all defendants in this Action;

WHEREAS, J.T. Saniya failed to appear at any time in this Action;

WHEREAS, in November 2001 and January 2002, the Bolloré Plaintiffs obtained evidence that J.T. Saniya was yet again engaged in the sale and distribution of counterfeit Zig-Zag® cigarette paper products, in violation of this Court's Preliminary Injunction Order;

WHEREAS, on June 13, 2002, the Bolloré Plaintiffs filed an *ex parte* Application for an Order Setting Contempt Hearing and Order of Contempt against J.T. Saniya;

WHEREAS, on June 26, 2002, a contempt hearing was held against J.T. Saniya, at which time J.T. Saniya failed to appear;

WHEREAS, on July 1, 2002, this Court entered an Order holding J.T. Saniya in contempt for violation of this Court's Preliminary Injunction Order;

WHEREAS, in July 2002, this Court entered judgment against J.T. Saniya for contempt in the amount of $421,185.93;

WHEREAS, on January 13, 2003, this Court entered an Order authorizing and directing the U.S. Marshal's Service to seize property and cash from J.T. Saniya up to $421,185.93;

WHEREAS, on January 23, 2003, the U.S. Marshal's Service, accompanied by the Bolloré Plaintiffs' attorneys, executed this Court's January 13, 2003 Order and seized cash and other goods from J.T. Saniya;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Defendant J.T. Saniya, Inc., Yasin Jumani, its parents, affiliates and subsidiaries, if any, and its respective officers, agents, servants and employees, and all persons in active concert or participation with it, will forever cease and desist, and refrain in the future from, anywhere in the world:

    A. Directly or indirectly selling, distributing, advertising, promoting or offering for sale any cigarette paper products or any packaging for same, containing any infringing Zig-Zag® trademark, Smoking Man Design® trademark or any colorable imitation thereof;

B. Selling or passing off or inducing or enabling others to sell or pass off, any product which bears the Zig-Zag® trademark or the Smoking Man Design® trademark and is not the product of plaintiffs Bolloré, S.A., North Atlantic Operating Company, Inc. and/or North Atlantic Trading Company, Inc., or is not produced, imported or distributed under the control or supervision of plaintiffs Bolloré, S.A., North Atlantic Operating Company, Inc. and/or North Atlantic Trading Company, Inc. and approved for sale under the Zig-Zag® trademark and/or the Smoking Man Design® trademark by plaintiffs Bolloré, S.A., North Atlantic Operating Company, Inc. and/or North Atlantic Trading Company, Inc.;

C. Committing any act calculated to cause purchasers to believe that infringing and/or counterfeit products are sold under the control and supervision of plaintiffs Bolloré, S.A., North Atlantic Operating Company, Inc. and/or North Atlantic Trading Company, Inc.;

D. Diluting and infringing the Zig-Zag® trademark and/or the Smoking Man Design® trademark and damaging their good will;

E. Otherwise competing unfairly with plaintiffs Bolloré, S.A., North Atlantic Operating Company, Inc. and/or North Atlantic Trading Company, Inc. by selling, distributing or offering for sale cigarette paper products bearing infringing versions of the Zig-Zag® trademark and/or the Smoking Man Design® trademark;

F. Importing, shipping, delivering, distributing, returning or otherwise disposing of, in any manner, products or inventory not authorized by plaintiffs Bolloré, S.A., North Atlantic Operating Company, Inc. and/or North Atlantic Trading Company, Inc. to be sold, or offered for sale, in the U.S. and which bear the Zig-Zag® trademark

1. and/or the Smoking Man Design® trademark; and

   G. Attempting, causing, or assisting any of the above-described acts;

2. This Permanent Injunction is binding and enforceable against the Bolloré Plaintiffs and J.T. Saniya, Yasin Jumani, and their respective officers, directors, agents, representatives, successors in interest, assigns, and all other persons acting in concert or participation with them who receive actual notice of this Permanent Injunction by personal service or otherwise.

3. This Court will retain jurisdiction over this Action and the parties, including, without limitation, for motions seeking contempt for breach of this Permanent Injunction, and with respect to any matters in dispute not covered by the provisions of this Permanent Injunction, whether or not anticipated by the parties.

**SO ORDERED**, this 13th day of March 2003.

_____
HON. FLORENCE MARIE COOPER
UNITED STATES DISTRICT JUDGE

AGREED:

BOLLORÉ, S.A.

By: _____
Name: Cedric Bolloré
Title: Directa - Industrial Services

NORTH ATLANTIC OPERATING COMPANY, INC.
NORTH ATLANTIC TRADING COMPANY, INC.

By: _____
Name: James Dobbins
Title: Senior Vice President — General Counsel

1  J.T. SANIYA, INC.
2
3  By: _J.T. SANIYA, INC._____
4      Name: _YASIN JUMANI_____
5      Title: _President._____
6
7  YASIN JUMANJI
8  By: _Jumani'_____
9
10
...
28

# PROOF OF SERVICE

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On March 12, 2003, I served the foregoing document described as:

AGREED PERMANENT INJUNCTION

☒ by placing ☐ the original ☒ true copies thereof enclosed in a sealed envelope addressed as follows:

PLEASE REFER TO ATTACHED SERVICE LIST

☐ (By Fax) By transmitting a true and correct copy thereof via facsimile transmission.

☒ (By U.S. Mail) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Personal Service)

  ☐ By personally delivering such envelope to the addressee.

  ☐ By causing such envelope to be delivered by messenger to the office of the addressee.

☐ (By Next-Day Delivery Service) By causing such envelope to be delivered to the office of the addressee by overnight delivery via FedEx or by other similar overnight delivery service.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 12, 2003, at Los Angeles, California.

STACY K. MUTRYNOWSKI
Type or Print Name                    Signature

5478/16389-075 LAWORD/21422 V1

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | Ernest E. Price, Esq.<br>Ropers, Majeski, Kohn & Bentley |
| 4 | 515 South Flower Street, Suite 2100<br>Los Angeles, CA 90071 |
| 5 | |
| 6 | Harold Gutenberg, Esq.<br>Greenberg & Bass |
| 7 | 16000 Ventura Boulevard, Suite 1000<br>Encino, CA 91436-2730 |
| 8 | |
| 9 | Mitchell W. Roth, Esq.<br>Attorney at Law |
| 10 | 1226 N. Kings Road, Unit 1<br>West Hollywood, CA 90069 |
| 11 | |
| 12 | Robert A. Mackey, Esq.<br>1901 Avenue of the Stars, Suite 1501 |
| 13 | Los Angeles, CA 90067 |
| 14 | J.T. Saniya, Inc.<br>230 East Winston Shop 60 |
| 15 | Los Angeles, CA 90013 |
| 16 | Thomas J. Tedesco, Esq.<br>Law Offices of Thomas J. Tedesco |
| 17 | 1820 West Orangewood Avenue, Suite 106<br>Orange, CA 92868-2077 |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | 5478/16389-075 LAWORD/21422 V1 |